PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

GLENN R. KANTOR (SBN 122643)
PETER SESSIONS (SBN 193301)
KANTOR & KANTOR, LLP
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:    (818)-886-2525
Facsimile:    (818) 350-6272
Email: psessions@kantorlaw.net, gkantor@kantorlaw.net
Attorneys for Plaintiffs,
RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendant. | CASE NO. C-09-4126 EDL<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between plaintiffs RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that defendant shall have up to and including October 15, 2009 to file its response to plaintiffs' Complaint in this action.

RC1/5383307.1/
SMT

STIPULATION TO EXTEND TIME
C-09-4126 EDL

**IT IS SO STIPULATED**.

Dated: September 17, 2009

KANTOR & KANTOR LLP

By: /s/ *Peter S. Sessions*
GLENN R. KANTOR
PETER S. SESSIONS
Attorneys for Plaintiffs, RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG

Dated: September 17, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: : /s/ *Pamela E. Cogan*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED.

Dated: Sept 17, 2009

By: _____
Magistrate Judge Elizabeth D. Laporte
United States District Court Northern District of California

*IT IS SO ORDERED — Judge Elizabeth D. Laporte (seal of United States District Court, Northern District of California)*

RC1/5383307.1/SMT

- 2 -

STIPULATION TO EXTEND TIME
C-09-4126 EDL