PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

GLENN R. KANTOR (SBN 122643)
PETER SESSIONS (SBN 193301)
KANTOR & KANTOR, LLP
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:    (818)-886-2525
Facsimile:    (818) 350-6272
Email: psessions@kantorlaw.net, gkantor@kantorlaw.net
Attorneys for Plaintiffs,
RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendant. | CASE NO. C-09-4126 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiffs RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

RC1/5441281.1/
SMT

STIPULATION RE DISMISSSAL OF ACTION
WITH PREJUDICE   C-09-4126 EDL

**IT IS SO STIPULATED**.

Dated:  December 2, 2009

KANTOR & KANTOR LLP

By: ___/s/ *Peter S. Sessions*___
 GLENN R. KANTOR
 PETER S. SESSIONS
 Attorneys for Plaintiffs, RAYMOND WONG, NELLY WONG, and CHEW-MAN WONG

Dated:  December 2, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: : ___/s/ *Pamela E. Cogan*___
 PAMELA E. COGAN
 STACY M. TUCKER
 Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED.

Dated: December 1, 2009

By: ___[signature: Elizabeth D. Laporte]___
 Magistrate Judge Elizabeth D. Laporte
 United States District Court, Northern District of California

RC1/5441281.1/SMT

- 2 -

STIPULATION RE DISMISSSAL OF ACTION WITH PREJUDICE   C-09-4126 EDL